UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO. 5-91

UNITED STATES OF AMERICA,                                                        PLAINTIFF

v.                                         **ORDER**

JUAN RODRIQUEZ-DAVILA,                                       DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

The Court having considered the Defendant's Objection to the Report and Recommendation and the response of the United States thereto;

IT IS HEREBY ORDERED that the Defendant's objections are overruled and that the Report and Recommendation is adopted as the Court's own opinion. Accordingly, the Defendant's Motion to Suppress be DENIED.

Dated this 27th day of March, 2006.

**Signed By:**
*Karen K. Caldwell* KKC
**United States District Judge**